UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VICTOR J. CHAIN, JR., PETER HAYWARD,
GILBERT LEWIS, ANTHONY L. PLATONI,
AND OWEN TAYLOR on behalf of themselves
and all others similarly situated,

                Plaintiffs,                            16 **CIVIL** 3371 (JCM)

        -against-                                **JUDGMENT**

NORTH EAST FREIGHTWAYS, INC. D/B/A
LAND AIR EXPRESS, LAX, LLC AND
LAND-AIR EXPRESS OF NEW ENGLAND,
LTD.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 18, 2020, Plaintiffs' federal and New York WARN Acts claims are denied; judgment is entered for Defendants NEF and LAX.

Defendants' motion to decertify Plaintiffs' proposed class is moot.

**Dated:**  New York, New York
          December 22, 2020

                                                               RUBY J. KRAJICK
                                                               _____
                                                               Clerk of Court
                                          BY:
                                                               Deputy Clerk